

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable C. J. Wilde
County Auditor, Nueces Co.,
Corpus Christi, Texas

Dear Sir:

Opinion No. 0-6191
Re: Salaries of Veterans
County Service Officers
and Deputies under the
provisions of Article
5798a-1, Vernon's Anno-
tated Civil Statutes.

Your letter of August 29, 1944, requesting the opinion of this department regarding the maximum compensation of a Veterans County Service Officer and an Assistant Veterans County Service Officer is, in part, as follows:

"Article 5798A appearing in the 1943 Supplement of the general laws of the 48th regular session states that the county commissioners court shall appoint a Veterans County Service Officer and shall receive a salary not exceeding $100.00 per month for the principal officer nor more than $50.00 per month for the Assistant County Service Officer. Section 5 of said Article 5798A mentions that the Commissioners Court may make an arrangement or agreement with one or more other counties and that they may jointly employ and compensate a Veterans Service Officer and that the amount of compensation paid by said county under said agreement shall be expressly stipulated in said agreement.

"From the foregoing quotation, are we correct in assuming that regardless of the number of counties making the agreement, could the compensation be greater than the $100.00 per month for the Veterans County Service Officer and greater than $50.00 per month for the Assistant

Hon. C. J. Wilde, page 2

Veterans County Service Officer?  In other words,
could either of these officers working for more
than one county, receive a greater compensation
irrespective of traveling allowance than the
amount shown as compensation under Section 1,
Article 5798A."

House Bill No. 368, Acts of the 48th Legislature,
Regular Session, 1943, (Art. 5798A-1 V. A. C. S.) is an act pro-
viding for the appointment of Veterans County Service Officers
and/or Assistant Veterans County Service Officers, fixing their
compensation, prescribing the qualifications of such officers,
the term of office, the duties of said officers, etc.

Section 5, of the foregoing act, authorizes the Com-
missioners Court of any county to make an arrangement or agree-
ment with one or more other counties whereby all such counties,
parties to the arrangement or agreement, may jointly employ and
compensate a Veterans County Service Officer under the provisions
of the act, in which event the amount of compensation, which would
be paid by each such county under said agreement and the travel
and other expenses which would be paid by each county under said
agreement, must be expressly stipulated in said agreement.

Section 1, of the foregoing act, among other things,
provides in effect that the maximum compensation of the Veterans
County Service Officer cannot legally exceed $100.00 per month,
and the maximum compensation of any Assistant County Service
Officer cannot legally exceed $50.00 per month.

Generally speaking, as stated in Texas Jurisprudence,
Vol. 34, page 524, "where the government creates an office, it
is clearly within its power and right to prescribe how much, if
any, compensation shall be received by the incumbent. An officer
is only entitled to be paid for his official services in accord-
ance with the provisions of the law."

It is further stated in Texas Jurisprudence, Vol. 34,
page 511:

".... An officer may not claim or receive any
money without a law authorizing him to do so, and
clearly fixing the amount to which he is entitled."

Hon. C. J. Wilde, page 3

(Also see the authorities cited by Texas Jurisprudence in connection with the foregoing quotations.)

Specifically answering your question, it is our opinion that the maximum compensation of the Veterans County Service Officer cannot legally exceed $100.00 per month and the maximum compensation of any Assistant Veterans County Service Officer cannot legally exceed $50.00 per month. Whether the above mentioned officers are serving one county or more than one county would be immaterial so far as the compensation of said officers is concerned.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Ardell Williams*

Ardell Williams
Assistant

AW:rt

APPROVED SEP 13, 1944

(Acting) ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY *BWB*
CHAIRMAN